RECEIVED
IN MONROE, LA

JAN 0 4 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| **LINDA CLEVELAND** | * | **CIVIL ACTION NO. 07-00119** |
| **VERSUS** | * | **JUDGE JAMES** |
| **UNION GENERAL HOSPITAL, ET AL.** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's Motion to Dismiss (Document No. 34) is hereby **GRANTED**, as to counts two, four, five, six, seven, eight, and nine; is **GRANTED IN PART** as to count one-- to the extent it is based upon Louisiana law, § 1983, or § 1985; and is **DENIED IN PART** as to count one-- to the extent that it is based upon § 1981. The court further notes that count three, which was not a subject of defendants' motion, also remains viable.

THUS DONE AND SIGNED this 4 day of January, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION